AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_USA_
Plaintiff

v.

_Thomas Schrah, Jr_
Defendant

Case No. 12-cr-10-MSK

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

_Thomas Schrah, Jr_

Date: _1/23/2012_

_[signature]_
Attorney's signature

_Douglas Romero #35464_
Printed name and bar number

_Law Office of DLK_
Address

_dougromero@coloradochristiandefensecounsel.com_
E-mail address

_720-933-1026 · 363-934-7500_
Telephone number

_303-934-0300_
FAX number