IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 12-cr-00010-MSK

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

v.

**14. THOMAS A. SCHRAH, Jr.,**

      **Defendant.**

---

**NOTICE OF ATTORNEY APPEARANCE FOR DEFENDANT**

---

COMES NOW the undersigned, a member of the bar of this Court, and herewith enters his appearance as counsel for the above-named Defendant.

From the Law Office of Douglas L. Romero, LLC, Timothy D. Edstrom, Bar Registration Number 36954, 200 South Sheridan Boulevard, Suite 150, Denver, Colorado 80226, (303) 934-7500.

Dated: January 24, 2012

                                    Attorney for Defendant

                                    /s/ Timothy D. Edstrom
                                    Timothy D. Edstrom #36954

1

## CERTIFICATE OF SERVICE

I certify that on this 24th day of January, 2012, I caused the foregoing **NOTICE OF ATTORNEY APPEARANCE FOR DEFEDANT** to be electronically filed with the Court via CM/ECF system and mailed to the following parties:

Guy Till
U.S. ATTORNEY'S OFFICE
1225 17th Street, Suite 700
Denver, CO  80202
guy.till@usdoj.gov


/s/Sheila Sweeney