IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.  12-cr-00010-MSK

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**

**14.  THOMAS A. SCHRAH, Jr.,**

      **Defendant.**

## NOTICE OF ATTORNEY APPEARANCE FOR DEFENDANT

COMES NOW the undersigned, a member of the bar of this Court, and herewith enters his appearance as counsel for the above-named Defendant.

From the Law Office of Douglas L. Romero, LLC, Eric M. Lee, Bar Registration Number 42279, 200 South Sheridan Boulevard, Suite 150, Denver, Colorado  80226, (303) 934-7500.

Dated:  January 24, 2012

Attorney for Defendant

/s/ Eric M. Lee
Eric M. Lee #42279

1

<u>*CERTIFICATE OF SERVICE*</u>

I certify that on this 24th day of January, 2012, I caused the foregoing

**NOTICE OF ATTORNEY APPEARANCE FOR DEFENDANT** to be

electronically filed with the Court via CM/ECF system and mailed to the following

parties:

Guy Till
U.S. ATTORNEY'S OFFICE
1225 17th Street, Suite 700
Denver, CO  80202
guy.till@usdoj.gov


/s/Sheila Sweeney

2