AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| United States of America<br>v.<br><br>14.  THOMAS A. SCHRAH, JR.<br><br>_Defendant_ | )<br>)<br>)  Case No.   12-cr-00010-MSK<br>)<br>) |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_     Thomas A. Schrah, Jr.                                                            ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Use and Maintain Drug-Involved Premises, 21 U.S.C. §§ 846 and 856(a)(1) and (2) and (b)
Using and Maintaining Drug-Involved Premises, 21 U.S.C. § 856(a)(1) and (2) and (b)
Aiding and Abetting, 18 U.S.C. § 2

Date:  01/09/2012                                                              s/ M.J. Garcia
                                                                       _Issuing officer's signature_

City and state:   Denver, CO                                 Gregory C. Langham, Clerk, U.S. District Court
                                                                       _Printed name and title_

---

**Return**

This warrant was received on _(date)_  1/20/12 , and the person was arrested on _(date)_  1/20/12
at _(city and state)_  Denver, CO

Date:  1/23/12

_Arresting officer's signature_

Ben Bao  ATF SA
_Printed name and title_