IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.  12-cr-00010-MSK

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

**v.**

**14.  THOMAS A. SCHRAH, Jr.,**

       **Defendant.**

---

### RESPONSE TO GOVERNMENT'S MOTION FOR PROTECTIVE ORDER FOR JENCKS ACT, RULE 26.2 AND RULE 16 MATERIAL

COMES NOW the undersigned counsel and in response to the Government's Motion for Protective Order for Jencks Act, Rule 26.2 and Rule 16 Material (Document 41) in the above matter, states as follows:

1. That Counsel has reviewed the content of this Motion with the Defendant, Mr. Thomas A. Schrah, Jr.; and

2. That Counsel and Mr. Schrah have no objection to the contents of the Motion.

Dated:  January 30, 2012

1

Attorney for Defendant


/s/ Eric M. Lee
Eric M. Lee #42279
The Law Office of Douglas L. Romero
200 S. Sheridan Blvd., Suite 150
Denver, CO 80226
(303) 934-7500
ericlee@coloradochristiandefensecounsel.com


## CERTIFICATE OF SERVICE

I certify that on this 30th day of January, 2012, I caused the foregoing
**RESPONSE TO GOVERNMENT'S PROTECTIVE ORDER** to be
electronically filed with the Court via CM/ECF system and mailed to the following
parties:

Guy Till
U.S. ATTORNEY'S OFFICE
1225 17th Street, Suite 700
Denver, CO  80202
guy.till@usdoj.gov


/s/Sheila Sweeney

2