IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 12-cr-00010-MSK

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**14.  THOMAS A. SCHRAH, Jr.,**

    **Defendant.**

---

## DEFENDANT THOMAS A. SCHRAH JR.'S ENDORSEMENT OF WITNESSES

COMES NOW the undersigned counsel and submits the following names and information as possible witnesses at the trial of this matter:

1. Marvin Napue
   Also Known As: "Dogcatcher"
   4320 Del Rio Court
   Denver, Colorado 80239
   (303) 307-9701
   (720) 937-0277

   Mr. Napue will testify to the extent of Defendant Schrah's involvement with the Hell's Lovers Motorcycle Club.

2. Dana Gann
   Address Unknown
   (720) 435-8579

   Mr. Gann will testify to the extent of Defendant Schrah's involvement with the

1

    Hell's Lovers Motorcycle Club.

3. Gary Hall
   Also Known As: "Lil' John"
   Address Unknown
   (720) 308-4151

   Mr. Hall will testify to the extent of Defendant Schrah's involvement with the Hell's Lovers Motorcycle Club.

4. Greg Smock
   Address Unknown
   (720) 297-8329

   Mr. Smock will testify to the extent of Defendant Schrah's involvement with the Hell's Lovers Motorcycle Club.

5. Rodney Walker
   Also Known As: "Rat"
   Address Unknown
   (303) 399-2604
   (720) 427-1278

   Mr. Walker will testify to the extent of Defendant Schrah's involvement with the Hell's Lovers Motorcycle Club.

Dated:  March 6, 2012

                                  Attorney for Defendant

/s/ Douglas L. Romero_____
Douglas L. Romero #35464
The Law Office of Douglas L. Romero
200 S. Sheridan Blvd., Suite 150
Denver, CO 80226
(303) 934-7500
dougromero@coloradochristiandefensecounsel.com

## CERTIFICATE OF SERVICE

I certify that on this 6th day of March, 2012, I caused the foregoing **DEFENDANT THOMAS A. SCHRAH JR.'S ENDORSEMENT OF WITNESSES** to be electronically filed with the Court via CM/ECF system and mailed to the following parties:

Guy Till
U.S. ATTORNEY'S OFFICE
1225 17th Street, Suite 700
Denver, CO  80202
guy.till@usdoj.gov


/s/Sheila Sweeney_____

3