IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 12-cr-00010-MSK

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**14. THOMAS A. SCHRAH, Jr.,**

    **Defendant.**

---

### DEFENDANT THOMAS A. SCHRAH, JR.'S MOTION REGARDING CONDITIONS OF RELEASE AS TO TRAVEL

COMES NOW the undersigned counsel and submits the following motion to modify the conditions of Defendant Thomas A. Schrah, Jr.'s release in regards to travel. Counsel states as follows:

1. Defendant Thomas A. Schrah, Jr. owns a business entitled ABT Auto Shop; and

2. Defendant Schrah's business is currently a party to a contract with FedEx that calls for the repair and transport of FedEx delivery vehicles; and

3. A clause in the contract requires Defendant Schrah to travel outside of the state of Colorado to repair and transport these vehicles; and

1

4. Defendant Schrah is currently scheduled to travel to North Platte, Nebraska on March 24, 2012 to repair three (3) FedEx delivery vehicles and transport one (1) vehicle back to Colorado; and

5. Defendant Schrah will return to Colorado on March 24, 2012; and

6. Defendant Schrah has fully informed his Probation Officer, Mr. Tom Meyer of his itinerary and return date; and

7. Mr. Tom Meyer has indicated that he has no objection to Defendant Schrah's travel plans; and

8. Counsel for Defendant Schrah has conferred with AUSA Guy Till and determined that Mr. Till is fully informed of Defendant Schrah's itinerary and return date and has no objection to his travel plans; and

9. Defendant Schrah respectfully requests that this Honorable Court modify the conditions of his release such that he be allowed to travel to North Platte, Nebraska on March 24, 2012 and return on March 24, 2012 for the purpose of fulfilling his contract with FedEx.

Dated:  March 7, 2012

Attorney for Defendant

/s/ Eric M. Lee_____
Eric M. Lee #42279
The Law Office of Douglas L. Romero
200 S. Sheridan Blvd., Suite 150
Denver, CO 80226
(303) 934-7500
ericlee@coloradochristiandefensecounsel.com

## CERTIFICATE OF SERVICE

I certify that on this 7th day of March, 2012, I caused the foregoing **DEFENDANT THOMAS A. SCHRAH, JR.'S MOTION REGARDING CONDITIONS OF RELEASE AS TO TRAVEL** to be electronically filed with the Court via CM/ECF system and mailed to the following parties:

Guy Till
U.S. ATTORNEY'S OFFICE
1225 17th Street, Suite 700
Denver, CO 80202
guy.till@usdoj.gov


/s/Sheila Sweeney_____