IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 12-cr-00010-MSK

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**14.  THOMAS A. SCHRAH, Jr.,**

    **Defendant.**

---

**DEFENDANT THOMAS A. SCHRAH JR.'S MOTION FOR DISCLOSURE PURSUANT TO RULES 404(b) AND 609 OF THE FEDERAL RULES OF EVIDENCE**

---

COMES NOW Defendant Thomas A. Schrah, Jr., by and through the undersigned counsel and hereby moves this Court for the entry of an Order requiring the Government to disclose to the Defendant, in advance of trial, the following information:

1. Any evidence the Government intends to introduce against this Defendant regarding prior or subsequent criminal conduct and/or "bad acts" which are not charged in the Indictment herein and not alleged as part of any conspiracy charged in the Indictment herein;

2. Any evidence the Government intends to introduce against this

1

Defendant pursuant to Rules 404(b) and 609 of the Federal Rules of Evidence;

3. Any evidence the Government intends to introduce against any party initially charged in the Indictment herein regarding prior or subsequent criminal conduct and/or "bad acts" which are not charged in the Indictment herein and not alleged as part of any conspiracy charged in the Indictment herein;

4. Any evidence the Government intends to introduce against any party pursuant to Rules 404(b) and 609 of the Federal Rules of Evidence;

5. Any evidence the Government intends to introduce concerning a co-conspirator(s) (regardless of whether said co-conspirator(s) was charged and/or named in the Indictment herein) regarding prior or subsequent criminal conduct and/or "bad acts" which are not charged in the Indictment herein and not alleged as part of any conspiracy charged in the Indictment herein;

6. Any evidence the Government intends to introduce concerning a co-conspirator(s) (regardless of whether said co-conspirator(s) was charged and/or named in the Indictment herein) pursuant to Rules 404(b) and 609 of the Federal Rules of Evidence.

WHEREFORE, Defendant Schrah prays for the relief requested, and for such other and further relief as this Court deems just and proper in this matter.

Respectfully submitted this 12th day of March, 2012

Attorney for Defendant

/s/ Douglas L. Romero_____
Douglas L. Romero #35464
The Law Office of Douglas L. Romero
200 S. Sheridan Blvd., Suite 150
Denver, CO 80226
(303) 934-7500
dougromero@coloradochristiandefensecounsel.com

## *CERTIFICATE OF SERVICE*

I certify that on this 12th day of March, 2012, I caused the foregoing **DEFENDANT THOMAS A. SCHRAH JR.'S MOTION FOR DISCLOSURE PURSUANT TO RULES 404(b) AND 609 OF THE FEDERAL RULES OF EVIDENCE** to be electronically filed with the Court via CM/ECF system and mailed to the following parties:

Guy Till
U.S. ATTORNEY'S OFFICE
1225 17th Street, Suite 700
Denver, CO  80202
guy.till@usdoj.gov

/s/Sheila Sweeney_____