IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 12-cr-00010-MSK

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**14. THOMAS A. SCHRAH, Jr.,**

    **Defendant.**

---

### DEFENDANT THOMAS A. SCHRAH JR.'S REQUEST FOR NOTICE BY GOVERNMENT OF INTENT TO INTRODUCE EVIDENCE PURSUANT TO RULE 807, F.R.E.

---

COMES NOW Defendant Thomas A. Schrah, Jr., by and through the undersigned counsel and hereby moves this Court for the entry of an Order requiring the Government to provide Defendant with notice prior to trial of any statements it intends to introduce pursuant to Rule 807, Federal Rules of Evidence. As grounds therefore, Defendant Schrah states as follows:

1. Rule 807, F.R.E., now contains the "residual exception" to the hearsay rule. It provides, in pertinent part:

> A statement not specifically covered by Rules 803 and 804 but having equivalent circumstantial guarantees of trustworthiness, is not excluded by the hearsay rule, if the court determines that (A)

1

        the statement is offered as evidence of a material fact; (B) the statement is more probative on the point for which it was offered than any other evidence which the proponent can procure through reasonable efforts; and (C) the general purposes of these rules and the interests of justice will be served by admission of the statement into evidence.

2.     Pre-trial notification of intent to introduce a statement under Rule 807 is essential. The rule states:

> However, a statement may not be admitted under this exception unless the proponent of it makes known to the adverse party sufficiently in advance of the trial or hearing to provide the adverse party with a fair opportunity to prepare to meet it, the proponent's intention to offer the statement and the particulars of its including the name and address of the declarant.

3.     No time period is provided for the pre-trial disclosure of statements sought to be introduced under Rule 807. Defendant Schrah requests the Court to direct the Government to provide notice of its intent to introduce statements under Rule 807, together with the particulars of the statements, including the names and addresses of the declarants, at least thirty (30) days prior to trial.

    WHEREFORE, Defendant Schrah prays for the relief requested, and for such other and further relief as this Court deems just and proper in this matter.

Respectfully submitted this 12th day of March, 2012

                Attorney for Defendant

                /s/ Douglas L. Romero_____
                Douglas L. Romero #35464
                The Law Office of Douglas L. Romero
                200 S. Sheridan Blvd., Suite 150
                Denver, CO 80226
                (303) 934-7500
                dougromero@coloradochristiandefensecounsel.com

## *CERTIFICATE OF SERVICE*

I certify that on this 12th day of March, 2012, I caused the foregoing **DEFENDANT THOMAS A. SCHRAH JR.'S REQUEST FOR NOTICE BY GOVERNMENT OF INTENT TO INTRODUCE EVIDENCE PURSUANT TO RULE 807, F.R.E.** to be electronically filed with the Court via CM/ECF system and mailed to the following parties:

Guy Till
U.S. ATTORNEY'S OFFICE
1225 17th Street, Suite 700
Denver, CO  80202
guy.till@usdoj.gov

      /s/Sheila Sweeney_____