UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 12-cr-00010-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.   GEORGE H. ASKEW,
2.   ROMELL E. BULLOCK,
3.   GREGORY A. COLLINS,
4.   GEORGE A. GADDY,
5.   DELBERT J. GARDNER,
6.   RICHARD JOHNSON,
7.   SHEPS H. KHAMSAHU,
8.   ERIC LUGO,
9.   LAWRENCE T. MARTIN,
10.   JOHNIE A. MYERS,
11.   DARELL R. PARKER,
12.   CALVIN R. RILEY,
13.   COREY L. RILEY,
14.   THOMAS A. SCHRAH, JR.,
15.   JAMES R. SWITZER, and
16.   CLIFFORD M. WRIGHT,

      Defendants.

## ORDER AUTHORIZING GOVERNMENT TO MAINTAIN
## CUSTODY OF CERTAIN PROPERTY

THIS MATTER comes before the Court on the Government's Motion for Order Regarding Criminal Forfeiture of Property in Government Custody (Motion) **(#354)** filed April 13, 2012.  The Government seeks an Order authorizing it and its agencies to maintain custody of certain property pending the conclusion of the pending criminal case.

WHEREAS, the property in question includes the following assets:

a. Miscellaneous Firearms and Ammunition seized on July 14, 2011, from Corey Riley, at 2331 Pontiac Street, Denver, Colorado;

b. $16,960.00 in United States Currency, seized on July 14, 2011 from Corey Riley at 2331 Pontiac Street, Denver, Colorado;

c. Miscellaneous Firearms and Ammunition seized on January 21, 2012, from Richard Johnson, at 16051 East Colfax Avenue, Apt. 23, Aurora, Colorado;

d. $5,027.00 in United States Currency, seized on January 20, 2012, from Sheps Khamsahu, at 50 South Trenton Street, Denver, Colorado; and

e. Miscellaneous Firearms and Ammunition seized on January 20, 2012, from the Hell's Lovers Motorcycle Club clubhouse.

WHEREAS, the seized assets are already in the lawful custody of the Government; and

WHEREAS, the Government included these seized assets for criminal forfeiture in its First Superseding Indictment; and

WHEREAS, the Government has represented to the Court that it will maintain and preserve the seized assets throughout the pending criminal case so that they will be available for forfeiture; and

WHEREAS, 18 U.S.C. § 983(a)(3)(B)(ii)(II), which is applicable to this case, requires that the Government, in order to maintain custody of property for the purpose of criminal forfeiture, must take steps to preserve the property under 21 U.S.C. § 853; and

WHEREAS, 21 U.S.C. § 853(e)(1) authorizes the Court to take any action necessary to preserve the availability of property,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The United States and its agencies, including the Bureau of Alcohol, Tobacco, Firearms, and Explosives, and/or the United States Marshals Service, are authorized to maintain and preserve the seized assets until the conclusion of the instant criminal case, pending further Order of this Court. It is

**FURTHER ORDERED** that this Order satisfies the requirements described in 18 U.S.C. § 983(a)(3)(B)(ii)(II).

DATED this 26th day of April, 2012.

BY THE COURT:

*(signature)*

Marcia S. Krieger
United States District Judge