IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-00010-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

1. GEORGE H. ASKEW,
2. ROMELL E. BULLOCK,
3. GREGORY A. COLLINS,
4. GEORGE A. GADDY,
5. DELBERT J. GARDNER,
6. RICHARD W. JOHNSON,
7. SHEPS H. KHAMSAHU,
8. ERIC LUGO,
9. LAWRENCE T. MARTIN,
10. JOHNIE A. MYERS,
11. DARRELL R. PARKER,
12. CALVIN R. RILEY,
13. COREY L. RILEY,
**14. THOMAS A. SCHRAH, JR.,**
15. JAMES R. SWITZER, and
16. CLIFFORD M. WRIGHT,

       Defendants.

---

## DEFENDANT THOMAS A. SCHRAH, JR.'S RESPONSE TO THE GOVERNMENT'S INTRODUCTION TO *JAMES* PROFFER (#317)

---

COMES NOW Defendant Thomas A. Schrah, Jr., by and through undersigned counsel, and hereby responds to the Government's Motion Introduction to *James* Proffer (Doc. 317), by adopting the response made in Document 461 ("Defendant Gregory Collins' Response to the Government's Introduction to *James Proffer* (#317) as it pertains to Thomas A. Schrah, Jr.

1

Dated this 4th day of June, 2012.

/S/ Douglas L. Romero
Douglas L. Romero
Timothy D. Edstrom
Eric Lee
200 S. Sheridan, Blvd., Suite 150
Denver, CO 80226
Telephone: (303) 934-7500
Facsimile: (303) 934-0300
Email:
dougromero@coloradochristiandefensecounsel.com
timedstrom@coloradochristiandefensecounsel.com
ericlee@coloradochristiandefensecounsel.com

*Counsel for Defendant Thomas A. Schrah*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of June, 2012, I electronically filed the foregoing a copy of **THOMAS A. SCHRAH, JR.'S RESPONSE TO THE GOVERNMENT'S INTRODUCTION TO JAMES PROFFER (#317)** with the Clerk of Court using the CMF.ECF system, which will send notification of such filing to the following all counsel of record and the following:

Guy Till
Assistant United States Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202

*United States Attorney*

/S/ Sheila Sweeney
Sheila Sweeney

2