<u>DEFENDANT 8</u>:     ERIC LUGO

<u>YEAR OF BIRTH</u>:   1976

<u>ADDRESS</u>:        Denver, Colorado

<u>COMPLAINT FILED</u>:  ___ YES   _X_ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: _____

<u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT</u>?   ___ YES   _X_ NO

<u>OFFENSE</u>:

**COUNT TWENTY-EIGHT:** Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) - Possession with Intent to Distribute Cocaine.

**COUNT TWENTY-NINE:** Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2 - Possession with Intent to Distribute Cocaine and intentionally did aid and abet the same.

<u>LOCATION OF OFFENSE</u>: Denver County, Colorado
(COUNTY/CITY/STATE)

<u>PENALTY</u>:

**COUNT TWENTY-EIGHT:** NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment fee.

**COUNT TWENTY-NINE:** NMT 20 years imprisonment; a fine of NMT $1,000,000.00, or both; NLT 3 years supervised release following any period of imprisonment; and a $100.00 special assessment fee.

**NOTICE OF FORFEITURE**

AGENT: Special Agent Jason Cole
Alcohol Tobacco and Firearms

AUTHORIZED BY: Guy Till
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

_____ five days or less    __X__ over five days    _____ other

THE GOVERNMENT

__X__ will seek detention in this case    _____ will **not** seek detention in this case

The statutory presumption of detention is applicable to this defendant.

OCDETF CASE:    __X__    Yes    _____ No

2