IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 12-cr-00010-MSK

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**14. THOMAS A. SCHRAH, Jr.,**

    **Defendant.**

---

### DEFENDANT THOMAS A. SCHRAH, JR.'S MOTION REGARDING CONDITIONS OF RELEASE AS TO TRAVEL

---

COMES NOW the undersigned counsel and submits the following motion to modify the conditions of Defendant Thomas A. Schrah, Jr.'s release in regards to travel. Counsel states as follows:

1. Defendant Thomas A. Schrah, Jr. owns a business entitled AB&T Auto Shop; and

2. Defendant Schrah's business is currently a party to a contract with FedEx that calls for the repair and transport of FedEx delivery vehicles; and

3. A clause in the contract requires Defendant Schrah to travel outside of the state of Colorado to repair and transport these vehicles; and

4. Defendant Schrah is currently scheduled to travel to North Platte, Nebraska on June 30, 2012 to repair three (3) FedEx delivery vehicles; and

5. Defendant Schrah will return to Colorado on July 2, 2012; and

6. Defendant Schrah has fully informed his Probation Officer, Mr. Tom Meyer of his itinerary and return date; and

7. Mr. Tom Meyer has indicated that he has no objection to Defendant Schrah's travel plans; and

8. Counsel for Defendant Schrah has conferred with AUSA Guy Till and determined that Mr. Till is fully informed of Defendant Schrah's itinerary and return date and has no objection to his travel plans; and

9. Defendant Schrah respectfully requests that this Honorable Court modify the conditions of his release such that he be allowed to travel to North Platte, Nebraska on June 30, 2012 and return on July 2, 2012 for the purpose of fulfilling his contract with FedEx.

Dated: June 12, 2012

         Attorney for Defendant

         /s/ Eric M. Lee_____
         Eric M. Lee #42279
         The Law Office of Douglas L. Romero
         200 S. Sheridan Blvd., Suite 150
         Denver, CO 80226
         (303) 934-7500
         ericlee@coloradochristiandefensecounsel.com

### *CERTIFICATE OF SERVICE*

I certify that on this 12th day of June, 2012, I caused the foregoing **DEFENDANT THOMAS A. SCHRAH, JR.'S MOTION REGARDING CONDITIONS OF RELEASE AS TO TRAVEL** to be electronically filed with the Court via CM/ECF system and mailed to the following parties:

Guy Till
U.S. ATTORNEY'S OFFICE
1225 17th Street, Suite 700
Denver, CO 80202
guy.till@usdoj.gov

         /s/Sheila Sweeney_____

3