IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 12-cr-00010-MSK

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

14. **THOMAS A. SCHRAH, Jr.,**

    **Defendant.**

---

## NOTICE OF DISPOSITION

---

    COMES NOW the Defendant, **THOMAS A. SCHRAH, Jr.**, represented by the Law Offices of Douglas Romero, and herewith advises the court of the following:

    1.    Defendant and the United States have come to a plea agreement regarding this matter.

    2.    By and through these negotiations, it has been established the Defendant is seeking a Change of Plea hearing.

    3.    The Defendant now requests that this Honorable Court vacate the trial date in this matter, as to Defendant Thomas A. Schrah, Jr. and set a date for a change of Plea Hearing.

1

Dated: June 13, 2012

                        Attorney for Defendant

                        /s/ Eric M. Lee
                        Eric M. Lee #42279

## *CERTIFICATE OF SERVICE*

I certify that on this 13th day of June, 2012, I caused the foregoing **NOTICE OF DISPOSITION** to be electronically filed with the Court via CM/ECF system and mailed to the following parties:

Guy Till
U.S. ATTORNEY'S OFFICE
1225 17th Street, Suite 700
Denver, CO 80202
guy.till@usdoj.gov

                        /s/Sheila Sweeney

2