IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 12-cr-00010-MSK

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**14.  THOMAS A. SCHRAH, Jr.,**

    **Defendant.**

---

### DEFENDANT THOMAS A. SCHRAH, JR.'S MOTION REGARDING CONDITIONS OF RELEASE AS TO TRAVEL

---

COMES NOW the undersigned counsel and submits the following motion to modify the conditions of Defendant Thomas A. Schrah, Jr.'s release in regards to travel.  Counsel states as follows:

1. Defendant Thomas A. Schrah, Jr. owns a business entitled AB&T Auto Shop; and

2. Defendant Schrah's business is currently a party to a contract with FedEx that calls for the repair and transport of FedEx delivery vehicles; and

3. A clause in the contract requires Defendant Schrah to travel outside of the state of Colorado to repair and transport these vehicles; and

1

4. Defendant Schrah is currently scheduled to travel to Scottsbluff, Nebraska on June 30, 2012 to pick-up one (1) FedEx delivery vehicle and return with it to Denver in order to make necessary repairs; and

5. Defendant Schrah will return to Colorado late in the evening of June 30, 2012; and

6. Defendant Schrah is currently scheduled to travel to North Platte, Nebraska on July 7, 2012 to repair three (3) FedEx delivery vehicles; and

7. Defendant Schrah will return to Colorado on July 9, 2012; and

8. Defendant Schrah has fully informed his Probation Officer, Mr. Tom Meyer of his itinerary and return date; and

9. Counsel for Defendant Schrah has conferred with AUSA Guy Till and determined that Mr. Till is fully informed of Defendant Schrah's itinerary and return date and has no objection to his travel plans; and

10. Defendant Schrah respectfully requests that this Honorable Court modify the conditions of his release such that he be allowed to travel to North Platte, Nebraska on July 7, 2012 and return on July 9, 2012 for the purpose of fulfilling his contract with FedEx.

Dated:  June 29, 2012

        Attorney for Defendant

        /s/ Eric M. Lee_____
        Eric M. Lee #42279
        The Law Office of Douglas L. Romero
        200 S. Sheridan Blvd., Suite 150
        Denver, CO 80226
        (303) 934-7500
        ericlee@coloradochristiandefensecounsel.com

### *CERTIFICATE OF SERVICE*

I certify that on this 29th day of June, 2012, I caused the foregoing **DEFENDANT THOMAS A. SCHRAH, JR.'S MOTION REGARDING CONDITIONS OF RELEASE AS TO TRAVEL** to be electronically filed with the Court via CM/ECF system and mailed to the following parties:

Guy Till
U.S. ATTORNEY'S OFFICE
1225 17th Street, Suite 700
Denver, CO  80202
guy.till@usdoj.gov

        /s/Timothy Edstrom_____

3