IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.  12-cr-00010-MSK

**UNITED STATES OF AMERICA,**

  **Plaintiff,**

v.

**14.  THOMAS A. SCHRAH, Jr.,**

  **Defendant.**

---

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW, the undersigned counsel and respectfully requests that he be allowed to withdraw as counsel of record for Defendant and submits the following:

1. Mr. Eric M. Lee, Esq. has informed the Defendant Thomas A. Schrah, Jr. of his intention to Withdraw as Counsel of Record on this Case.

2. The Defendant has no objection to Mr. Lee's withdrawal from this case.

3. Co-counsels Mr. Timothy Edstrom and Mr. Douglas Romero will remain as counsel of record in this matter.

WHEREFORE, Defense Counsel respectfully requests that he be allowed to withdraw as counsel of record for Defendant Thomas A. Schrah, Jr.

  Dated:  July 30, 2012

1

Attorney for Defendant

/s/ Eric M. Lee_____
Eric M. Lee #42279

## *CERTIFICATE OF SERVICE*

I certify that on this 30th day of July, 2012, I caused the foregoing **MOTION TO WITHDRAW AS COUNSEL OF RECORD** to be electronically filed with the Court via CM/ECF system and mailed to the following parties:

Guy Till
U.S. ATTORNEY'S OFFICE
1225 17th Street, Suite 700
Denver, CO  80202
guy.till@usdoj.gov

/s/Sheila Sweeney_____