# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:   Patricia Glover      Date:   August 6, 2012
Court Reporter:     Terri Lindblom

Criminal Action No. 12-cr-00010-MSK

*Parties*:                                          *Counsel*:

UNITED STATES OF AMERICA,                Guy Till

       Plaintiff,

v.

THOMAS A. SCHRAH, JR.,                   Timothy Edstrom

       Defendant.

## ARRAIGNMENT AND CHANGE OF PLEA HEARING

**3:33 p.m.**      **Court in session.**

Defendant present on bond.

Defendant is arraigned on Count 8 of the **Second Superseding Indictment**.  Defendant pleads guilty to Count 8 of the **Second Superseding Indictment.  The Government intends to dismiss the First Superseding Indictment, the Indictment and all the remaining Counts of the Second Superseding Indictment (1-3; 6-7; 9-10) against this defendant.**

Defendant sworn.

**3:42 p.m.**      **Court in recess**
**3:50 p.m.**      **Court in session**

This hearing will be continued to allow counsel the opportunity to review the plea documents with defendant.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

**ORDER:**   Change of plea hearing is continued to **August 22, 2012 at 2:30 p.m.**, in Courtroom A901, 901 19th Street, Denver, CO.

**ORDER:**   Bond is continued.

**3:54 p.m.**   **Court in recess.**

**Total Time:**   **13 minutes.**
**Hearing continued.**