### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### HONORABLE MARCIA S. KRIEGER

| | | |
|---|---|---|
| Courtroom Deputy: | Patricia Glover | Date:  August 22, 2012 |
| Court Reporter: | Terri Lindblom | |

Criminal Action No.  12-cr-00010-MSK

*Parties*:                                                             *Counsel*:

UNITED STATES OF AMERICA,               Guy Till

       Plaintiff,

v.

THOMAS A. SCHRAH, JR.,                         Timothy Edstrom

       Defendant.

---

### ARRAIGNMENT AND CHANGE OF PLEA HEARING

---

**2:35 p.m.**     **Court in session.**

Defendant present on bond.

Defendant is arraigned on Count 8 of the **Second Superseding Indictment.   Defendant pleads guilty to Count 8 of the Second Superseding Indictment.  The Government intends to dismiss the original Indictment, the  First Superseding Indictment and the remaining Counts of the Second Superseding Indictment (1, 2, 3, 6, 7, 9, 10) against this defendant.**

Defendant sworn.

Defendant advised regarding:

        1)    The Plea Agreement;
        2)    The maximum and minimum penalties, terms and conditions of supervised release, restitution, probation and/or forfeiture;
        3)    The objectives and factors in 18 U.S.C. §3553(a).

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

The Government orally moves to dismiss the original Indictment, the First Superseding Indictment and the remaining Counts of the Second Superseding Indictment (**1, 2, 3, 6, 7, 9, 10)** against this defendant. Defendant has no objection.

The Court explains defendant's right to a trial by jury and other constitutional rights and confirms that the defendant desires to waive such rights.

Oral findings are made of record.

**ORDER:** The Government's oral Motion to dismiss the initial Indictment, the First Superseding Indictment and the remaining Counts of the Second Superseding Indictment (**1, 2, 3, 6, 7, 9, 10)** against this defendant. **GRANTED, but the effect of the Order is stayed until time of Sentencing.**

**ORDER:** Plea Agreement and Statement by Defendant in Advance of Plea of Guilty (and any translations thereof) are received**.**

**ORDER:** Defendant's plea is accepted and defendant is adjudged guilty as charged in **Count 8 of the Indictment.**

**ORDER:** Probation department shall conduct a presentence investigation and submit a presentence report as required by Fed.R.Cr.P.32. Defendant shall, with the assistance of counsel, immediately after this hearing or as soon as is practicable make arrangements to participate in the presentence investigation and shall cooperate fully with the probation department.

**ORDER:** Sentencing hearing is set on **November 20, 2012 at 11:00 a.m,** in Courtroom A901, 901 19th Street, Denver, CO.

**ORDER:** Pending Motions (**Doc. #564**) is **DENIED as moot.**

**ORDER:** Bond is continued.

**3:16 p. m.     Court in recess.**

**Total Time:    41 minutes.**
**Hearing concluded.**