**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:  Patricia Glover       Date:  November 30, 2012
Court Reporter:      Terri Lindblom
Probation Officer:   Gary Kruck

Criminal Action No. 12-cr-00010-MSK

*Parties*:                                  *Counsel*:

UNITED STATES OF AMERICA,          Guy Till

             Plaintiff,

v.

THOMAS A. SCHRAH,                        Timothy Edstrom

             Defendant.

---

**SENTENCING MINUTES**

---

**11:22 a. m.     Court in session**.

Defendant present on bond.

**Change of Plea Hearing on August 22, 2012.  Defendant pled guilty to Count 8 of the Second Superseding Indictment.**

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The parties **do not** request departure.

The parties **do not** contend  that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution. - Statements made by:  The Government, the defendant, defense counsel

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.  No further argument.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2


**ORDER:**      **THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**
                **The Defendant is sentenced to TIME SERVED.**

The defendant is advised of his right to appeal.

**ORDER:**      Bond is exonerated.

**11:46 a.m.**      **Court in recess.**

Total Time:   24 minutes.
Hearing concluded.