IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-00010-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

THOMAS A. SCHRAH,

    Defendant.

_____

**REPORTER'S TRANSCRIPT**
(Sentencing Hearing: Order)
_____

Proceedings before the HONORABLE MARCIA S. KRIEGER, Judge, United States District Court for the District of Colorado, commencing at 11:22 a.m., on the 30th day of November, 2012, in Courtroom A901, United States Courthouse, Denver, Colorado.

**APPEARANCES**

    GUY TILL, Assistant U.S. Attorney, 1225 17th Street, Suite 700, Denver, Colorado, 80202, appearing for the plaintiff.

    TIMOTHY EDSTROM, Attorney at Law, 200 South Sheridan Boulevard, Suite 150, Denver, Colorado, 80226-8006, appearing for the defendant.

THERESE LINDBLOM, Official Reporter
901 19th Street, Denver, Colorado 80294
Proceedings Reported by Mechanical Stenography
Transcription Produced via Computer

1          (The following proceedings were had and entered of
2   record after the Court heard the arguments of counsel and
3   statement of defendant:)
4
5          *THE COURT:*  All right.  Thank you.
6          Then I'll announce the sentence I intend to impose.
7   Counsel, of course, you'll have a final opportunity to make
8   legal objections before judgment is entered.  And if you
9   believe that the sentence I describe is premised upon error or
10  I raise an issue you haven't had adequate opportunity to
11  consider and present anything on, please request a continuance.
12         Imposition of a sentence in a federal criminal case is
13  governed by a number of statutes.  The umbrella statute is 18
14  U.S.C. 3553.  In imposing sentence in this case, the Court is
15  required to consider the objectives and the factors that are
16  set forth in that statute.  The statute requires that the
17  sentence be sufficient but not greater than necessary to
18  satisfy particular objectives.  So the sentence must reflect
19  the seriousness of the offense; promote respect for the law;
20  provide just punishment; adequately deter criminal conduct;
21  protect the public from further crimes by the defendant; and
22  provide the defendant with needed educational or vocational
23  training, medical care, or other correctional treatment in the
24  most effective manner.
25         In order to fashion a sentence that meets these

1   objectives, the statute directs that the Court consider the
2   nature and circumstances of the offense; the history and
3   characteristics of the defendant; the kinds of sentences that
4   are available; the sentence prescribed by the federal
5   sentencing guidelines; the need to avoid unwarranted sentence
6   disparities among defendants with similar records found guilty
7   of similar conduct; and in the appropriate case, the need for
8   restitution.
9              At the beginning of this hearing, I identified the
10  documents that I had studied in preparing for the hearing and
11  confirmed with counsel that they and the defendant had had
12  adequate opportunity to study those and there were no other
13  documents that needed to be considered.  I confirmed that there
14  was no dispute as to the factual statements in the presentence
15  report or to the calculation of the guidelines, there was no
16  motion for a departure, no motion for a variant sentence.  And
17  I have heard both the arguments of counsel and the allocution
18  by the defendant.
19             We start with the calculation of the sentence under
20  the federal sentencing guidelines.  And as I said, there is no
21  objection to that calculation here.  Count 8 is misprision of a
22  felony, and the Base Offense Level under the guidelines is 4,
23  by application of sentencing guideline Section 2X4.1, which is
24  invoked pursuant to a violation of 18 U.S.C. Section 4.  There
25  are no specific offense characteristics or adjustments that

1   increase that offense level, but there is a decrease to the
2   offense level, and that's due to the defendant's acceptance of
3   responsibility.  Under Section 3E1.1(a), the offense level is
4   reduced by two levels.  That results in an offense level of 2.
5         The second component under the calculation in the
6   federal sentencing guidelines is -- pertains to criminal
7   history.  And the guidelines set out those kinds of convictions
8   that result in criminal history points.  Mr. Schrah has no
9   convictions that result in criminal history points, and so his
10  criminal history point tally is zero.  And as a consequence, he
11  falls into Criminal History Category I.
12        With a Criminal History Category of 1 and an offense
13  level of 2, the guidelines recommend custody, jail, of 0 to 6
14  months, supervised release of no more than 1 year, probation of
15  1 to 3 years, a fine of 100 to $5,000, and a special assessment
16  of $100 is mandated by statute.
17        I've considered Mr. Schrah's involvement in the
18  offense to which he's pled guilty to and his comments, and I
19  think he probably has learned a very valuable lesson, and that
20  is, one does not lend one's good reputation to people who do
21  not deserve it.
22        *THE DEFENDANT:*  Yes, ma'am.  I -- I understood that.
23        *THE COURT:*  Or as the colloquial saying goes, there is
24  a danger of birds of a feather flock together.  And Mr. Schrah
25  has gotten caught up in things he didn't intend to be caught up

1  in.  Nevertheless, he has admitted that he was involved in an
2  organization that was engaged in illegal activity, and he now
3  recognizes that that is the case.
4         Having considered all of the sentencing objectives and
5  the sentencing factors, I think the appropriate sentence here
6  is as follows:
7         There is a special assessment of $100 that is mandated
8  by statute, and that's due and payable immediately.  I do
9  intend to impose a fine, and that's because the statute
10 requires me to impose a fine unless I find that the defendant
11 is unable to pay a fine.  And given the fine range of 100 to
12 $5,000, I can't find, Mr. Schrah, that you're unable to pay a
13 fine.  You have a number of very, very nice and enjoyable
14 assets.  And even though your business may decline at this
15 point, you can liquidate assets in order to pay a fine.  And I
16 impose a fine of $100, which is the minimum fine to be imposed.
17        *THE DEFENDANT:*  Thank you.
18        *THE COURT:*  I do not intend to impose a term of
19 supervised release because it does not appear to me that
20 Mr. Schrah needs further supervision.  He's been compliant with
21 his pretrial supervision, and he does not appear to me to need
22 further supervision by the probation office.  And I do not
23 intend to impose a custodial term; instead, the sentence here
24 will be time served.
25        Any need for clarification or further explanation?

1      *MR. TILL:*  No, Your Honor.  Thank you.

2      *MR. EDSTROM:*  Not from defendant.

3      *THE COURT:*  Thank you.

4      *THE DEFENDANT:*  Thank you.

5      *THE COURT:*  Then having considered the provisions of
6  18 U.S.C. Section 3553, pursuant to the Sentencing Reform Act
7  of 1984, it is the judgment of the Court that the defendant,
8  Thomas A. Schrah, Jr., be committed to the custody of the
9  Bureau of Prisons to be imprisoned for the term he has already
10 served.

11     There will be no supervised release.  There will be no
12 fine.  He will pay a -- there will be a fine of $100, and there
13 will be a special assessment of $100.  Both of these are due
14 and payable immediately.

15     His bond is exonerated, and I advise him of his right
16 to appeal.  If you'd like to appeal, Mr. Schrah --

17     *THE DEFENDANT:*  No, ma'am.

18     *THE COURT:*  Well, I still have to advise you of your
19 right, even though the gallery is chuckling.  If you'd like to
20 appeal, you have to file a Notice of Appeal within 14 days.

21     *THE DEFENDANT:*  Yes, ma'am.

22     *THE COURT:*  And if you don't file a Notice of Appeal
23 within 14 days, you lose your right to appeal.  Now,
24 ordinarily, your attorney would file that Notice of Appeal for
25 you.  But if there is some reason you want to appeal and he's

1  unable or unwilling to file the Notice of Appeal for you, then
2  you may request the clerk to do so, and I will direct the clerk
3  to do so.
4         *THE DEFENDANT:*  Thank you, ma'am.
5         *THE COURT:*  You're welcome.
6         Is there any further business to bring before the
7  Court?
8         *MR. TILL:*  Your Honor, I assume that the motion will
9  be given effect to dismiss the remaining charges.
10        *THE COURT:*  That already was granted.
11        *MR. TILL:*  Thank you.
12        *MR. EDSTROM:*  I have nothing further.
13        *THE COURT:*  Thank you.
14        Then good luck to you, Mr. Schrah.
15        *THE DEFENDANT:*  Thank you.
16        *THE COURT:*  I'm sure I will not see you here again.
17        *THE DEFENDANT:*  No, you will not see me.
18        *THE COURT:*  Try to avoid traffic court too.
19        *THE DEFENDANT:*  I do try.
20        *THE COURT:*  All right.  Thank you very much.  That
21 will conclude this matter.  We'll stand in recess and reconvene
22 in just a minute or two in the matter we recessed in earlier.
23        (Recess at 11:46 a.m.)
24
25

1      REPORTER'S CERTIFICATE

2

3      I certify that the foregoing is a correct transcript from
the record of proceedings in the above-entitled matter.

4

5      Dated at Denver, Colorado, this 3rd day of December,

6   2012.

7                              s/Therese Lindblom

8                              _____
                               Therese Lindblom,CSR,RMR,CRR

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25